B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. <u>14–30651</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Fred Lewis Boswell Jr.
    3776 West April Street
    Montgomery, AL 36105

Social Security / Individual Taxpayer ID No.:
    xxx–xx–5879

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                        BY THE COURT

Dated: <u>November 30, 2015</u>

                                                        <u>William R. Sawyer</u>
                                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Case 14-30651    Doc 48    Filed 12/02/15    Entered 12/03/15 00:41:28    Desc Imaged
Certificate of Notice    Page 1 of 4

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                      United States Bankruptcy Court
                                       Middle District of Alabama
In re:                                                                                  Case No. 14-30651-WRS
Fred Lewis Boswell, Jr.                                                                 Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 1127-2           User: csanders                Page 1 of 2                   Date Rcvd: Nov 30, 2015
                               Form ID: B18                  Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2015.
db            +Fred Lewis Boswell, Jr.,    3776 West April Street,   Montgomery, AL 36105-2406
aty           +Richard D. Shinbaum,   Shinbaum & Campbell,   P.O. Box 201,   Montgomery, AL 36101-0201
3353134       +AD ASTRA FOR SPEEDY CASH,    7330 W 33RD ST N STE 118,   Wichita, KS 67205-9370
3038200       +ASHRO,   1112 7TH AVE,   Monroe, WI 53566-1364
3353241        AT & T,   PO BOX 163250,   Columbus, OH 43216-3250
3120517       +American InfoSource LP as agent for,    DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
3065773       +Ashro Lifestyle,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
3085291       +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
3038202      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,    25505 W. 12 MILE RD,   Southfield, MI 48034)
3038204        DT Credit,   1800 N Colorado St,   Gilbert, AZ 85233
3092377        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
3038197        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3038199        EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3038207       +EZ MONEY,   1100 ANN STREET,   Montgomery, AL 36107-3002
3353246       +EZ MONEY,   1102 ANN STREET,   Montgomery, AL 36107-3002
3353248       +FIRST SUN,   33 S. PERRY STREET,   Montgomery, AL 36104-3756
3038208       +FOCUS-RM FOR DIRECTV,    1130 NORTHCHASE PARKWAY,   Marietta, GA 30067-6429
3038209       +GENERAL FINANCE,   22 SOUTH PERRY STREET,   MONTGOMERY, AL 36104-3757
3038210      ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,   MONTGOMERY AL 36109-2601
              (address filed with court: GUARDIAN CREDIT UNION,    1789 CONG WL DICKINSON DR,
                Montgomery, AL 36109)
3353253       +GUARDIAN CREDIT UNION,    1732 CONG WL DICKINSON DR,   Montgomery, AL 36109-2602
3058908       +GUARDIAN CU,   C/O CHAMBLESS MATH & CARR PC,   PO BOX 230759,   MONTGOMERY, AL 36123-0759
3038211       +HOME FURNITURE,   414 E. SOUTH BLVD,   Montgomery, AL 36105-3222
3353286       +MABT/CONF,   121 CONTINENTAL DR,   STE 108,   Newark, DE 19713-4326
3353287        PLAINS COMMERCE BANK,    3817 S ELMWOOD AVE,   Sioux Falls, SD 57105-6565
3038198       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19016-2000
3038213       +US DEPT OF ED,   PO BOX 5609,   Greenville, TX 75403-5609
3353290       +WEST ASSET MANAGEMENT,    7171 MERCY ROAD,   Omaha, NE 68106-2620
3116604        Wells Fargo Bank,   P.O. Box 50014,   Roanoke VA 24040-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QSSDEPAOLA.COM Nov 30 2015 23:28:00      Susan S. DePaola,    1726 West Second Street,
                Suite B,   Montgomery, AL 36106-1546
3353240       +EDI: CINGMIDLAND.COM Nov 30 2015 23:28:00      AT & T,   P.O. BOX 536216,
                Atlanta, GA 30353-6216
3050772       +EDI: CINGMIDLAND.COM Nov 30 2015 23:28:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
3076519        EDI: AIS.COM Nov 30 2015 23:28:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,   Oklahoma City, OK   73124-8838
3050771       +EDI: ATTWIREBK.COM Nov 30 2015 23:28:00      BellSouth Telecommunications, Inc.,
                % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
3038201        EDI: WFNNB.COM Nov 30 2015 23:28:00      CB/JESSLON,    P O Box 182746,   Columbus, OH 43218-2746
3353122       +E-mail/Text: bk.litigation@crestfinancial.com Nov 30 2015 23:40:29      Crest Financial,
                15 West Scenic Point Drive,   Ste. 350,   Salt Lake City, UT 84020-6121
3353252        EDI: DIRECTV.COM Nov 30 2015 23:28:00      DirecTV,   P O Box 538605,   Atlanta, GA 30353-8605
3038203        EDI: DISCOVER.COM Nov 30 2015 23:28:00      DISCOVER CARD,   P.O. BOX 15316,
                WILMINGTON, DE 19850-5316
3055213       +EDI: DVTM.COM Nov 30 2015 23:28:00      DT Credit Company LLC,   PO Box 29018,
                Phoenix, AZ 85038-9018
3038205       +Fax: 614-760-4092 Dec 01 2015 00:22:26      EASY MONEY,    1102 ANN STREET,
                Montgomery, AL 36107-3002
3038206       +E-mail/Text: bknotice@erccollections.com Nov 30 2015 23:40:19      ENHANCEDRE,
                8014 BAYBERRY ROAD,   Jacksonville, FL 32256-7412
3353247        EDI: AMINFOFP.COM Nov 30 2015 23:28:00      FIRST PREMIERE,    601 S. Minnesota Avenue,
                Sioux Falls, SD 57104-4824
3038212        EDI: IRS.COM Nov 30 2015 23:28:00      INTERNAL REVENUE SERVICE,    P O BOX 7317,
                Philadelphia, PA 19101-7317
3072821        EDI: JEFFERSONCAP.COM Nov 30 2015 23:28:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
3045663        EDI: Q3G.COM Nov 30 2015 23:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
3353288       +EDI: AMSOUTH.COM Nov 30 2015 23:28:00      REGIONS BANK,    P.O. Box 10063,
                Birmingham, AL 35202-0063
3353291       +EDI: NEXTEL.COM Nov 30 2015 23:28:00      SPRINT,   P O Box 105243,   Atlanta, GA 30348-5243
3353135       +E-mail/Text: bankruptcy@speedyinc.com Nov 30 2015 23:40:05      Speedy Cash,   1501 Eastern Blvd,
                Montgomery, AL 36117-1605
3038214       +EDI: VERIZONWIRE.COM Nov 30 2015 23:28:00      VERIZON,   PO BOX 26055,
                Minneapolis, MN 55426-0055
3126675       +EDI: WFFC.COM Nov 30 2015 23:28:00      Wells Fargo Bank,   PO Box 63491 MAC A0143-042,
                San Francisco, CA 94163-0001
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 21

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3353132*       +Easy Money,    1102 Ann Street,    Montgomery, AL 36107-3002
3353289*       +US DEPT OF ED,    PO BOX 5609,    Greenville, TX 75403-5609
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Fred Lewis  Boswell, Jr. rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Susan S. DePaola     brtrustee@charter.net,    sshirockdepaola@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```